1  LAWRENCE BROWN
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  GEHAD M. GALAL,                    )    No. 2:09-cv-S-1867 LKK EFB
                                      )
10        Plaintiff,                  )    JOINT STIPULATION AND ORDER RE:
                                      )    RESCHEDULING OF SCHEDULING
11    v.                              )    CONFERENCE
                                      )
12 Eric H. Holder, Jr., Attorney General, et al., )
                                      )
13        Defendants.                 )
                                      )
14 _____  )

15

16      This is an immigration case seeking review of a denial of an application for naturalization

17 pursuant to 8 U.S.C. § 1421(c).  The parties hereby request that the scheduling conference,

18 currently set for September 21, 2009, be reset to October 19, 2009, or some date thereafter

19 convenient to the Court, to allow the government time to submit its Answer to the Complaint

20 (due date September 25, 2009) and to allow the parties adequate time to prepare the Joint Status

   Report..

21

22

23 Dated: September 10, 2009

24                                    LAWRENCE G. BROWN
                                      United States Attorney
25

26                          By:    /s/Audrey Hemesath
                                   Audrey B. Hemesath
27                                 Assistant U.S. Attorney
                                   Attorneys for the Defendants
28

                                    -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ Wazhma Mojaddidi
        Wazhma Mojaddidi
        Attorney for the Plaintiff


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the scheduling conference is reset to October 19, 2009 at 3:00 p.m.

IT IS SO ORDERED.

DATED: September 14, 2009.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT