BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

TONY WEST
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
CHRISTOPHER W. DEMPSEY
AR SBN 2004099
Trial Attorney, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4110
Facsimile: (202) 305-7000
Email: Christopher.Dempsey@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEHAD M. GALAL,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER, JR., *et al.*<br><br>  Respondents. | No. 09-cv-S-1867 LKK EFB<br><br>**CONSENT JUDGMENT AND ORDER OF NATURALIZATION**<br><br>Date: N/A<br>Time: N/A<br>Honorable Lawrence K. Karlton |

THIS MATTER COMES before the Court by the Gehad M. Galal ("Plaintiff") and Eric H. Holder, Jr., *et al.* ("Defendants"), by and through their respective counsel; and

IT APPEARING TO THE COURT that Defendants accept as true the

-1-

allegations in the Petition for Review of the Denial of Naturalization Application and consent to this Consent Judgment and Order of Naturalization; and

IT APPEARING TO THE COURT that this Consent Judgment and Order of Naturalization is proper, it is

ORDERED as follows: (1) Plaintiff is hereby GRANTED United States citizenship; (2) USCIS shall issue Plaintiff a Certificate of Naturalization and schedule Plaintiff for the next available oath ceremony; (3) Plaintiff is hereby entitled to claim any and all rights, privileges, benefits, or advantages under United States citizenship; and (4) each party is to bear their own costs and fees.

Dated: August 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated: August 30, 2010                    Respectfully Submitted,

**s/ Wazhma Aziza Mojaddidi**             BENJAMIN B. WAGNER
WAZHMA AZIZA MOJADDIDI                    United States Attorney
Law Office of Mojaddidi
7112 Agora Way                            AUDREY B. HEMESATH
El Dorado, CA 95762                       Assistant U.S. Attorney

Attorney for Plaintiff                    TONY WEST
                                          Assistant Attorney General

                                          ELIZABETH J. STEVENS
                                          Assistant Director
                                          District Court Section
                                          Office of Immigration Litigation

|   |   |
|---|---|
| 1 | **s/ Christopher W. Dempsey** |
| 2 | CHRISTOPHER W. DEMPSEY |
|   | Senior Litigation Counsel |
| 3 | District Court Section |
| 4 | Office of Immigration Litigation |
|   | U.S. Department of Justice, Civil Div. |
| 5 | P.O. Box 868, Ben Franklin Station |
|   | Washington, D.C.  20044 |

_____ Attorneys for Defendants